**JUDGE FAILLA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
2020 JUN -5 PM 1:06
U S DISTRICT COURT SDNY

| | |
|---|---|
| GELLER BIOPHARM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMUNIX PHARMACEUTICALS, INC. (f/k/a AMUNIX OPERATING INC.), <br><br> Defendant. | Civil Action No.: <br><br> ECF Case <br><br> **20 CV 4334** |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THE COMPLAINT AND CERTAIN ACCOMPANYING EXHIBITS UNDER SEAL

Upon Plaintiff's application for an Order permitting the filing of the Complaint and certain Exhibits annexed thereto to be filed under seal, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File the Complaint and Certain Accompanying Exhibits Under Seal is **GRANTED**, and it is

**FURTHER ORDERED**, that the Complaint and certain accompanying exhibits annexed thereto shall remain under seal unless and until the seal is lifted by Order of the Court.

Dated: June ✗, 2020

_____
UNITED STATES DISTRICT JUDGE