

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX



+1 212 839 7341
MLEVY@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

August 14, 2020

**By ECF**

The Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *Geller Biopharm, Inc.* v. *Amunix Pharmaceuticals, Inc.*, 20 Civ. 4334 (KPF)
           Request to File Pre-Motion Letter Under Seal

Dear Judge Failla:

    We represent Defendant Amunix Pharmaceuticals, Inc. ("Amunix") in this matter. We respectfully seek leave to file under seal Amunix's letter requesting a pre-motion conference for its motion to dismiss the complaint under Rule 12(b)(6).

    At Plaintiff's request, the Court placed the complaint and certain accompanying exhibits under seal. (Dkt. #3-4). Amunix's pre-motion letter extensively discusses the contents of the sealed complaint and exhibits. Amunix therefore respectfully requests leave to file the pre-motion letter under seal. Counsel for Plaintiff consents to this request.

    Respectfully Submitted,

    /s/ Michael A. Levy
    Michael A. Levy
    Christopher Egleson
    Qais Ghafary

    *Counsel for Defendant Amunix Pharmaceuticals, Inc.*

cc: Counsel for Plaintiff (By ECF)

Application GRANTED.

Dated: August 14, 2020
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.