

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX



+1 212 839 7341
MLEVY@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

September 21, 2020

**By ECF**

The Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *Geller Biopharm, Inc.* v. *Amunix Pharmaceuticals, Inc.*, 20 Civ. 4334 (KPF)
           Request to File Motion to Dismiss Briefing Under Seal

Dear Judge Failla:

    We represent Defendant Amunix Pharmaceuticals, Inc. ("Amunix") in this matter.  We respectfully seek leave to file under seal Amunix's memorandum of law in support of its motion to dismiss the complaint under Rule 12(b)(6).

    At Plaintiff's request, the Court placed the complaint and certain accompanying exhibits under seal.  (Dkt. Nos. 3-4).  Because Amunix's pre-motion to dismiss letter and Plaintiff's response extensively discussed the contents of those sealed materials, the Court previously granted the parties leave to file their pre-motion letters under seal.  (Dkt. Nos. 20, 23).

    Amunix's memorandum of law in support of its motion to dismiss likewise extensively discusses the contents of the sealed complaint and exhibits.  Amunix therefore respectfully requests leave to file the memorandum of law under seal.  Counsel for Plaintiff consents to this request.

                                   Respectfully Submitted,

                                   _/s/ Michael A. Levy_
                                   Michael A. Levy
                                   Christopher Egleson
                                   Qais Ghafary

                                   *Counsel for Defendant Amunix*
                                   *Pharmaceuticals, Inc.*

cc:    Counsel for Plaintiff (By ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

Application GRANTED.

Dated:  September 22, 2020           SO ORDERED.
        New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE