UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GELLER BIOPHARM, INC.,                                             :
                                                                   :
                    Plaintiff,                                     :        20-CV-4334 (JPC)
                                                                   :
        -v-                                                        :        <u>ORDER</u>
                                                                   :
AMUNIX PHARMACEUTICALS, INC.,                                      :
                                                                   :
                    Defendants.                                    :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court will hold a status conference in this matter on August 4, 2021 at 2:00 p.m. The conference will take place via telephone. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

       SO ORDERED.

Dated: August 3, 2021
       New York, New York
                                                           JOHN P. CRONAN
                                          United States District Judge