**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

GELLER BIOPHARM, INC.,

                Plaintiff,

-against-                                                                                  20 **CIVIL** 4334 (JPC)

                                                                     **JUDGMENT**

AMUNIX PHARMACEUTICALS, INC.,

                Defendant.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2021, Amunix's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
            September 15, 2021

                                                                       **RUBY J. KRAJICK**

                                                                        Clerk of Court

                                               **BY:**

                                                                         Deputy Clerk